IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE OF |
| | : | NOTICE: February 17, 2005 |
| VS. | : | |
| | : | |
| HERBERT ROBINSON # FT 8239 | : | CRIMINAL NO. 95-252-1 |
| SCI GREENSBURG | : | |
| ROUTE 119 SOUTH, R.D. #10, BOX 10 | : | |
| GREENSBURG, PA 15601 | : | |

**REVISED NOTICE**

TAKE NOTICE, That Petition of the Probation Officer, a copy of which is attached, charges you with certain violation which may warrant revocation of your supervised release.

You are directed to appear at the United States Courthouse, 601 Market Street, Phila., PA on **Friday, February 18, 2005 at 2:30 p.m.** (continued from February 17, 2005) Courtroom **9A**, at which time you will be given a hearing on the charges.

You may have legal counsel present at the hearing if you so desire, in which event you should make appropriate arrangements with your attorney.

ADRIENNE MANN
Deputy Clerk to Judge Sánchez
Phone: 267-299-7789

Att.- Copy of Petition

☐ INTERPRETER REQUIRED

NOTICE TO: Defendant
David Kozlow, Esq.
Frank Barbieri, Jr., AUSA
John Lackey, Probation Officer
U.S. Marshal
Larry Bowman

David Kozlow, Defender Association

Cr. 25sr (8/97eej)