**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CRIMINAL NUMBER 95-252** |
| **HERBERT ROBINSON** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Herbert Robinson, Defendant above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and commitment entered on February 18, 2005.

Respectfully submitted,

________________________________

DAVID M. KOZLOW
Defender Association of Philadelphia
Federal Court Division

# CERTIFICATE OF SERVICE

I, David M. Kozlow, Assistant Federal Defender, Defender Association of Philadelphia, Federal Court Division, hereby certify that I have served a copy of the Notice of Appeal, by electronic notification or hand delivery to his office, upon Frank C. Barbieri, Jr., Assistant United States Attorney, office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

DAVID M. KOZLOW

DATE: February 24, 2005